

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>Gomez-Miranda, Ismael Alberto<br><br>                Defendant. | Case No.: CR 04-44 DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___bckgrd, cmty ties unknown; bail resources unknown; illegal immgr status; assoc w/multiple personal___


1    _Identifiers_____

2    _____

3    and/or

4 B.  (X) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7    finding is based on _lengthy   criminal  history_

8    _record_____

9    _____

10   _____

11   _____

12

13        IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED: __11/2/09__          _____

17                                ROBERT N. BLOCK
                                  UNITED STATES MAGISTRATE JUDGE

18

Page 2 of 2